# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **DANIAL QAISER, individually and on behalf of a class of all persons and entities similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**INTERNATIONAL TRAVEL NETWORK LLC d/b/a ASAP TICKETS**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-10552-LB<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Fahd Bouksimi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to INTERNATIONAL TRAVEL NETWORK LLC d/b/a ASAP TICKETS in San Mateo County, CA on December 11, 2025 at 10:16 am at 3120 Long View Dr., San Bruno, CA 94066 by leaving the following documents with Irina Verbova who as Registered Agent is authorized by appointment or by law to receive service of process for INTERNATIONAL TRAVEL NETWORK LLC d/b/a ASAP TICKETS.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION

Additional Description:
I serverina vbova

White Female, est. age 55-64, glasses: N, Blonde hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=37.628595,-122.4540866667
Photograph: See Exhibit 1

Total Cost: $125.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    San Mateo County    ,    CA    on    12/11/2025    .

/s/ *Fahd Bouksimi*

Fahd Bouksimi - +1 (510) 230-6369
Registration No.: #560
Registration County: San Mateo County



Exhibit 1a)
12/11/2025 10:16 am PST
3120 Long View Dr., San Bruno, CA 94066
37.6285950, -122.4540867



Exhibit 1b)
12/11/2025 10:16 am PST
3120 Long View Dr., San Bruno, CA 94066
37.6285950, -122.4540867

